UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Chapter 11

COSTA HOLLYWOOD PROPERTY OWNER, LLC[1]          Case No. 19-22483-RBR

    Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Costa Hollywood Property Owner, LLC, (the "*Debtor*"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information represents the Debtor's best estimate in response to some of the ensuing questions.

1.    Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): September 19, 2019.

2.    Names, case numbers and dates of filing of related debtors: None.

3.    Description of debtor's business: The Debtor is a Delaware limited liability company authorized to do business in Florida which developed a condominium hotel project commonly known as "Costa Hollywood Beach Resort" located at 777 North Ocean Drive, in Hollywood, Florida (the "Condo-Hotel"). The Condo-Hotel contains 307 residential units, 15 commercial units, and 1 Shared Facilities Unit and related improvements. The Debtor (i) owns 43 residential units, 9 commercial units and 1 Shared Facilities Unit (ii) controls the

---

[1] The Debtor's current mailing address is 777 North Ocean Drive, Hollywood, FL 33019. The Debtor's EIN is 47-4883778.

Condominium Association[2] and shares common operating expenses with the Condominium Association,[3] and (iii) has established a rental management program pursuant to which the Debtor acts as the rental agent for "Third Party Controlled Units"[4] that are under contract for the "Rental Management Program" from time to time, and for the Owner Controlled Units. All units within the Rental Management Program are operated as hotel rooms in the Costa Hollywood Beach Resort.

4. Locations of debtor's operations and whether the business premises are leased or owned: The real property known as the Costa Hollywood Beach Resort is located at 777 North Ocean Drive, Hollywood, FL 33019. The Debtor owns 43 residential units, 9 commercial units and 1 Shared Facilities Unit. Certain third party owners participate in the Rental Management Program which the Debtor manages.

5. Reasons for filing chapter 11: The Debtor filed this Chapter 11 proceeding to effectively and efficiently facilitate a sale of substantially all of the Debtor's assets in order maximize the return to creditors through a bankruptcy plan of liquidation.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: None.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

    a)     2019 Hotel Revenue: $4,623,144 plus

    b)     2019 Shared Facilities Revenue: $2,119,770.64 and

---

[2] Costa Hollywood Condominium Association, Inc. The Debtor is the developer, and the Condominium Association has not been turned over to the condominium owners.
[3] The Condominium Association has its own budget that is paid for by all condominium unit owners, including the Debtor as developer. Debtor allows the owners the right to use the "Shared Facilities," and condominium unit owners pay an assessment to use the Shared Facilities.
[4] The condominium units owned or controlled by third parties (and which are not owned by Owner), from time to time.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

c) 2018 Hotel Revenue: $962,210.00 plus

d) 2018 Shared Facilities Revenue $2,097,892.58.

8. Amounts owed to various creditors:

a) Obligations owed to priority creditors including priority tax obligations: ad valorem taxes totaling approximately $243,082 and any outstanding Florida Department of Revenue sales taxes relating to the operation of the hotel.

b) With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

i) 777 N. Ocean Drive, LLC ("**Secured Lender**"), lien on real property, accounts receivable, cash and cash equivalents, owed approximately $47,098,757.81 plus interest, collateral value is approximated at $50,525,000;

ii) Various construction liens on real property described in filed Claims of Lien, owed approximately $4MM.

c) Amount of unsecured claims: approximately $7.3MM including disputed claims.

9. General description and approximate value of the debtor's assets: The Debtor's assets include, among other things, 43 residential units, 9 commercial units and 1 Shared Facilities Unit, cash, various personal property, and accounts receivable, with an approximate value of $50,525,000.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: see attached Exhibit A.

11. Number of employees and amounts of wages owed as of petition date: None.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): For August 2019, sales taxes are estimated to be $19,163.68, and the occupancy tax is estimated to be $15,199.48. Both sales taxes and occupancy taxes are due on September 15, 2019.

13. Anticipated emergency relief to be requested within a few days (First Day Motions):

a) Debtor's Expedited Motion for Interim (1 Month) Use of Cash Collateral *Nunc Pro Tunc* to September 19, 2019;

b) Debtor's Expedited Motion for (A) Authority to (I) Maintain Certain Ban Accounts and Continue to Use Existing Business Forms and Checks, and (II) Continue to Use Existing Cash Management System, and (A) Waiver of Certain Investment and Deposit Guidelines;

c) Debtor's Expedited Motion Pursuant to Sections 105(a), 363(b), and 503(b)(1) of the Bankruptcy Code for Authorization to Honor Certain Prepetition Customer Programs;

d) Debtor's Expedited Motion for Authorization to (I) Continue Insurance Programs and (II) Pay All Insurance Obligations; and

e) Application of the Debtor for an Order, on an Interim Basis, Authorizing the Employment and Retention of Meland Russin & Budwick, P.A. as Attorneys for the Debtor and Debtor-In-Possession *Nunc Pro Tunc* to the Petition Date.

Dated: September 26, 2019.

Costa Hollywood Property Owner LLC,
a Delaware limited liability company

    By: Costa Hollywood Development Holdings LLC,
    a Delaware limited liability company
    Its:    Manager and Sole Member

        By:    Liberty Grande, LLC
                a Florida limited liability company
                Its:    Sole Member

                By:    /s/ Moses Bensusan (e-filed with consent)
                        Moses Bensusan
                        Its:    Manager and Sole Member

                E-filed by:    s/ Peter D. Russin
                              Peter D. Russin, Esquire
                              Florida Bar No. 765902
                              prussin@melandrussin.com
                              MELAND RUSSIN & BUDWICK, P.A.
                              200 South Biscayne Boulevard, Suite 3200
                              Miami, Florida 33131
                              Telephone: (305) 358-6363 -- Fax: (305) 358-1221
                              *Proposed Attorneys for Debtor-in-Possession*

5
LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on September 26, 2019, via the Court's Notice of Electronic Filing upon Registered Users set forth on the attached **Exhibit 1** and via U.S. Mail upon the Master Service List, pursuant to Local Rule 2002-1 (H), Designation of Master Service List in Chapter 11 Cases, attached as **Exhibit 2**.

                                                   s/ Peter D. Russin
                                                   Peter D. Russin, Esquire

Property coverages are divided in 3 layers that add up to the full coverage of 82,5556,699. Each layer is covered by different insurance companies. The deductible for the property coverage is the one noted in the deductible column. The premiums for the property coverage layers are those noted in the column, each for its own layer.

| Named Insured | Type of Insurance | Insurance Carrier | Policy Number | Policy coverages and limits of liability | Term |
|---|---|---|---|---|---|
| Costa Hollywood Condominium Association Inc | Crime | Philadelphia Insurance Companies | PCAC001943-0118 | 1,000,000 | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Crime | Philadelphia Insurance Companies | PCAC001945-0118 | 1,000,000 | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Directors and officers | Philadelphia Insurance Companies | PCAP018136-0118 | 1,000,000 | 12/19/18 - 12/19/19 |
| Costa Hollywood Condominium Association Inc | Directors and officers | Philadelphia Insurance Companies | PCAP018132-0118 | 1,000,000 | 12/19/18 - 12/19/19 |
| Costa Hollywood Condominium Association Inc | Equipment Breakdown | Travelers | BME1-6N629663-TIL-19 | 100,000,000 | 05/15/19 - 12/19/19 |
| Costa Hollywood Condominium Association Inc | Flood | National General | 0000267661 | 76,750,000 | 12/19/18 - 12/19/19 |
| Costa Hollywood Condominium Association Inc | GL | Northfield Insurance Company | WS150365 | 2,000,000 (Agg) 1,000,000 Per Oc | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Umbrella | Allied World National Assurance Company | 0311-5253-858415 | 25,000,000 | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | WC | PMA Companies | 2018010959288Y | 500,000 | 12/19/18 - 12/19/19 |
| Costa Hollywood Condominium Association Inc | WC | PMA Companies | 2018010959296Y | 500,000 | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Property 1 | Lloyds | LWH002261 | 25,000,000 Limit Below | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Property 1 | Lloyds | LWH002261 | 5,000,000 | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Property 1 | Safety Specialty Ins Co | SSW001044 | 3,000,000 | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Property 1 | Lloyds | LWH002261 | 6,000,000 | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Property 1 | GuideOne National Ins Co | 550001459 | 5,000,000 | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Property 2 | Lloyds | AQS-181284 | 6,000,000 | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Property 2 | International Insurance Company of Hannover SE | HAQS-181284 | 25,000,000 in Excess of 25,000,000 below | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Property 2 | General Security Indemnity Company of Arizona | TR000939118801284 | 18,852,281 | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Property 3 | QBE Specialty Insurance Company | AHAR10830-00 | 1,772,719 | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Property 3 | General Security Indemnity Company of Arizona | TR0020218160082S | 4,375,000 | 12/19/18 - 12/19/19 |
| Cost Hollywood Property Owners LLC | Property 3 | HDI Global Specialty SE | B1180D181015125 | 32,556,699 in Excess of 50,000,000 below | 12/19/18 - 12/19/19 |
| | | | | 14,417,524 | |
| | | | | 8,139,175 | |
| | | | | 10,000,000 | |

EXHIBIT A

| Deductible | Debtor's Premium (Incl Taxes and Fees) |
|---|---|
| 1,000 | 1,298.00 |
| 1,000 | 1,298.00 |
| 1,000 | 2,210.00 |
| 1,000 | 4,863.00 |
| 5,000 | 1,635.00 |
| 1,250 | 78,194.00 |
| 2,500 | 77,831.81 |
| 0 | 9,375.00 |
| 10000 AOP 5% CYHD | 706 |
| | **198,819.16** |
| | **76,719.00** |
| | **38,883.23** |

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael P Dunn    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;joel.knee@dunnlawpa.com;mzucker@dunnlawpa.com
- Jerold C Feuerstein    jfeuerstein@kandfllp.com, litigation@kandfllp.com;rcappiello@kandfllp.com;skossar@kandfllp.com
- Andrew V Layden    alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com, asr@alexisreadlaw.com
- Humberto E Rivera    humberto@hriveralaw.com, G61034@notify.cincompass.com;humberto@ecf.courtdrive.com;documents@prodoxprep.com
- Victor K Rones    vrones@victorkronespa.com, jrones@victorkronespa.com
- Peter D. Russin    prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;prussin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

EXHIBIT 1

Office of The United States Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130

Italkraft LLC
2900 NW 77 Ct
Doral, FL 33122

United Leasing, Inc.
PO Box 5089
Evansville, IN 47715

Baker Concrete Construction, Inc.
5555 Anglers Ave, Suite 1A
Fort Lauderdale, FL 33312

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

La Cuisine Intl Distributors, Inc.
2005 NW 115 Ave
Miami, FL 33172

Mr. Glass Doors & Windows Inc.
8120 NW 84 St.
Miami, FL 33166

D-Essentials Inc.
218 S Dixie Hwy
Hallandale, FL 33009

Gustavo Carlos Lescovich Ramos
Parada 6 de la Brava
Edif Icon Bravia Depto #707
Punta del Este
URUGUAY

Poma Construction Corp.
2049 SW Poma Dr
Bldg#1
Palm City, FL 34990

HVAC Associates, Inc.
PO Box 1355
Pompano Beach, FL 33061

Lenny's Cleaning, Painting
& Waterproofing, Inc.
10040 NW 46 St
Fort Lauderdale, FL 33351

777 N. Ocean Drive, LLC
520 Madison Ave
New York, NY 10022

Beauchamp Construction Co Inc.
c/o Benjamin K. Artzt
2100 Ponce de Leon Blvd, Ste 825
Coral Gables, FL 33134

Internal Revenue Services
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

Centrada Solutions, LLC
5010 Riverside Drive
# 300
Irving, TX 75039

National Fire Protection, LLC
3125 W Commercial Blvd
# 200
Ft Lauderdale, FL 33309

FA Development and Real Estate
343 Commercial Street
#212
Boston, MA 02109

Hyvac, Inc.
312 S Military Trail
Deerfield Beach, FL 33442

Renacer LLC
444 Brickell Ave
Suite 828
Miami, FL 33131

Costa Hollywood Property Owner, LLC
777 North Ocean Drive
Hollywood, FL 33019

Tropic Fire Protection, Inc.
922 SW 36th Ave
Boynton Beach, FL 33435

777 N. Ocean Drive, LLC
c/o Jerold C. Feuerstein
Kriss & Feuerstein LLP
360 Lexington Ave #6502
New York, NY 10017

Design Engineering Group, LLC
c/o Harvey, F William, Esq.
5402 Red Cypress Lane
Fort Lauderdale, FL 33319

Victor K. Rones, Esq.
Attorney for Costa Investors LLC, Creditor
16105 NE 18th Avenue
North Miami Beach, FL 33162

Cielo Restaurant LLC
777 N Ocean Dr
# SF
Hollywood, FL 33019

Pablo Haeffner & Rita Cassia DaSilva
c/o Alexander M. Turner, Esq.
Law Offices of Alexander M. Turner
317 Seventy First St
Miami Beach, FL 33141

General Caulking & Coatings Co., Inc.
101 NW 176 St
Mami, FL 33169

JM Plastering, Inc.
16333 NW 84 Ave
Hialeah, FL 33015

Ruben Eduardo Reyes Herrera
c/o Thomas R. Shahady
Shahady & Wurtenberger, P.A.
7900 Peters Rd, Ste B-200
Fort Lauderdale, FL 33324

EXHIBIT 2

SOS Security LLC
PO Box 6373
Parsippany, NJ 07054

Stones Unlimited, LLC
2114 SW 60 Way
Miramar, FL 33023

Unlimited Electrical Contractors
3500 Park Central Blvd N
Pompano Beach, FL 33064

Andrew V. Layden, Esq.
Baker & Hostetler LLP
200 S. Orange Ave.
SunTrust Center, Suite 2300
Orlando, FL 32801-3432

KRISS & FEUERSTEIN LLP
Jerold C. Feuerstein, Esq.
360 Lexington Avenue, Suite 1200
New York, New York 10017

Michael P. Dunn, Esq.
Alexis S. Read, Esq.
Dunn Law P.A.
66 W. Flagler Street, Ste. 400
Miami, FL 33130