UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:

COSTA HOLLYWOOD PROERTY　　　　　　　CASE NO. 19-22483-JKO
OWNER, LLC, d/b/a COSTA HOLLYWOOD　　Chapter 11
BEACH RESORT,

　　　　Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010, Gass Weber Mullins LLC hereby appears in the above-captioned case as counsel to Creditor, BELET INVESTMENTS LLC.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2002 for service of all papers including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by serving by electronic or U.S. standard mail one copy of any such paper to:

> Darin A. DiBello
> Florida Bar No. 957615
> GASS WEBER MULLINS LLC
> 150 S.E. 2nd Avenue, Suite 1010
> Miami FL  33131
> Telephone:　305-537-0469
> Facsimile:　305-503-7405
> dibello@gwmlaw.com
> perry@gwmlaw.com

　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　By: *s/Darin A. DiBello*
　　　　　　　　　　　　　　　　Darin A. DiBello
　　　　　　　　　　　　　　　　Florida Bar No. 957615
　　　　　　　　　　　　　　　　GASS WEBER MULLINS LLC
　　　　　　　　　　　　　　　　150 S.E. 2nd Avenue, Suite 1010
　　　　　　　　　　　　　　　　Miami FL  33131
　　　　　　　　　　　　　　　　Telephone:305-537-0469
　　　　　　　　　　　　　　　　Facsimile: 305-503-7405
　　　　　　　　　　　　　　　　dibello@gwmlaw.com
　　　　　　　　　　　　　　　　perry@gwmlaw.com
　　　　　　　　　　　　　　　　*Counsel for Belet Investments, LLC*

CASE NO. 19-22483-JKO

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on this  16th  day of October, 2019 on all parties registered with the Court to receive notice in this matter.

By: *s/Darin A. DiBello*
Darin A. DiBello