UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:  Case No. 19-22483-JKO

COSTA HOLLYWOOD PROPERTY OWNER, LLC,  Chapter 11

    Debtor.
_____/

**NOTICE OF APPEARANCE OF CHAD P. PUGATCH, ESQ., AND
THE LAW FIRM OF RICE PUGATCH ROBINSON STORFER & COHEN, PLLC
AS COUNSEL FOR CREDITOR, BAKER CONCRETE CONSTRUCTION, INC.**

PLEASE TAKE NOTICE that Chad P. Pugatch, Esq., and the law firm of Rice Pugatch Robinson Storfer & Cohen, PLLC, hereby enter their appearance as counsel for creditor, Baker Concrete Construction, Inc., in the above-styled matter:

Primary:  cpugatch.ecf@rprslaw.com

All parties are requested to take notice of this appearance and, in accordance with the applicable rules, to serve copies of any and all motions, pleadings, notices, orders, reports and/or documents of any kind or nature filed in these proceedings, whether filed in these proceedings by the Court or any other party in interest upon Chad P. Pugatch, Esq., Rice Pugatch Robinson Storfer & Cohen, PLLC, 101 NE 3rd Avenue, Suite 1800, Fort Lauderdale, Florida 33301.

Dated this 23rd day of October, 2019.

        **RICE PUGATCH ROBINSON STORFER & COHEN, PLLC**
        *Attorneys for Baker Concrete Construction, Inc.*
        101 Northeast Third Avenue, Suite 1800
        Fort Lauderdale, Florida 33301
        Telephone (305) 379-3121
        Facsimile (954) 462-4300

        By:   /s/ Chad P. Pugatch
              CHAD P. PUGATCH
              Florida Bar No. 220582
              cpugatch@rprslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the Court's CM/ECF to all parties receiving notice by this method dated this 23rd day of October, 2019.

By: /s/ Chad P. Pugatch
CHAD P. PUGATCH