

**ORDERED in the Southern District of Florida on November 4, 2019.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Case No.: **19-22483-JKO**

**Costa Hollywood Property Owner, LLC,**

Chapter   11

Debtor.
_____/

### ORDER OF RECUSAL

**THIS CASE** is before the Court *sua sponte*.   Upon consideration, the Court recuses itself from consideration of this case and directs the Clerk to reassign the case to another judge.   All currently scheduled hearings are **CANCELLED** and shall be reset by the new judge.

SO ORDERED.

# # #

Copies to:    All Parties in Interest