UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

COSTA HOLLYWOOD　　　　　　　　　　　　　　Case No. 19-22483-AJC
PROPERTY OWNER, LLC,　　　　　　　　　　　　Chapter 11

　　　　Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

　　　　NOTICE IS HEREBY given that CHRISTINA V. PARADOWSKI of the law firm of TRIPP SCOTT, P.A., hereby appears on behalf of **CREDITOR**, **COSTA HOLLYWOOD S330, LLC**, in the above-styled case, and requests that she be provided copies of all pleadings and other papers filed herein at the following address:

Christina V. Paradowski
Tripp Scott, P.A.
110 S.E. Sixth Street, Fifteenth Floor
Fort Lauderdale, Florida 33301
cvp@trippscott.com
hbb@trippscott.com
eservice@trippscott.com
Telephone:　(954) 525-7500
Facsimile:　(954) 761-8475

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that a true and correct copy of the foregoing has been served via the CM/ECF system, which sent notification to all parties entitled to notice.

　　　　Dated this 17th day of December, 2019

**TRIPP SCOTT, P.A.**

*Counsel for the Creditor*
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Facsimile:  (954) 761-8475

By:   /s/  *Christina V. Paradowski*
　　　Christina V. Paradowski
　　　Florida Bar No. 0056708
　　　cvp@trippscott.com
　　　hbb@trippscott.com